United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01829-MJC |
| Terrence James Delaney | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Jul 29, 2025      Form ID: pdf010      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrence James Delaney, 320 Seven Bridge Road, East Stroudsburg, PA 18301-7935 |
| 5723305 | + | FORSYTHE FINANCE, 225 S EXECUTIVE DR, BROOKFIELD, WI 53005-4257 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5723301 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 29 2025 18:51:04 | CAPITAL ONE NA, BY AMERICAN INFOSOURCE AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 5723302 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 29 2025 18:42:00 | CREDIT ACCEPTANCE, ATTENTION: OPERATIONS SUPPORT, PO BOX 513, SOUTHFIELD, MI 48037-0513 |
| 5723303 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 29 2025 18:42:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE ROAD SUITE 3000, SOUTHFIELD, MI 48034-8331 |
| 5726238 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 29 2025 18:51:32 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5723304 | + | Email/Text: dht@pacollections.com | Jul 29 2025 18:42:00 | DEMETRIOS H TSAROUHIS ESQ, TSAROUHIS LAW GROUP, 21 S 9TH ST SUITE 200, ALLENTOWN, PA 18102-4861 |
| 5723306 | ^ | MEBN | Jul 29 2025 18:39:03 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5723307 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 29 2025 18:42:00 | LAKEVIEW LOAN SERVICING LLC, 4425 PONCE DELEON BLVD, MAIL STOP MX5/251, MIAMI, FL 33146-1839 |
| 5723308 | + | Email/Text: camanagement@mtb.com | Jul 29 2025 18:42:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5723309 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 29 2025 18:42:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 2037, WARREN, MI 48090-2037 |
| 5723310 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2025 18:42:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 180946, HARRISBURG, PA 17128-0946 |
| 5723311 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2025 18:42:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5723312 | | Email/Text: BNCnotices@dcmservices.com | Jul 29 2025 18:42:00 | PENNSYLVANIA HM ASSOCIATES PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5723313 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2025 18:51:55 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |

Case 5:25-bk-01829-MJC    Doc 20    Filed 07/31/25    Entered 08/01/25 00:29:07    Desc
Imaged Certificate of Notice     Page 1 of 3

| | | | | |
|---|---|---|---|---|
| 5723314 | | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2025 18:42:00 | QUANTUM 3 GROUP LLC AS AGENT, FOR CREDIT CORP SOLUTIONS INC, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5725022 | | Email/Text: bnc-quantum@quantum3group.com | Jul 29 2025 18:42:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO BOX 788, Kirkland, WA 98083-0788 |
| 5723315 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 29 2025 18:51:06 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5723316 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 29 2025 18:42:00 | WEBBANK/FINGERHUT, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347-4120 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 31, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Terrence James Delaney rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Terrence James Delaney lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Terrence James Delaney, | : | Case No. 5:25-bk-01829-MJC |
| | : | |
| Debtor. | : | |

## ORDER GRANTING MOTION TO EXTEND STAY

Upon consideration of Debtor's Motion to Extend Stay as to All Creditors, Doc. # 12 ("Motion"), and the Debtor having certified that all creditors and parties in interest have been properly served, no responses having been filed thereto, after a hearing held on July 29, 2025, and good cause having been demonstrated by the Movant, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors properly served, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_/s/ Mark J. Conway_
Mark J. Conway, Bankruptcy Judge
Dated: July 29, 2025