Certificate Number: 12433-PAM-DE-039960038

Bankruptcy Case Number: 25-01829



12433-PAM-DE-039960038

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 8, 2025, at 6:17 o'clock PM EDT, Terrence DeLaney completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 8, 2025  By: /s/Candace Jones

Name: Candace Jones

Title: Counselor