United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-01829-MJC |
| Terrence James Delaney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 11, 2025 | Form ID: ntcnfhrg | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrence James Delaney, 320 Seven Bridge Road, East Stroudsburg, PA 18301-7935 |
| 5723305 | + | FORSYTHE FINANCE, 225 S EXECUTIVE DR, BROOKFIELD, WI 53005-4257 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5723301 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 11 2025 18:53:47 | CAPITAL ONE NA, BY AMERICAN INFOSOURCE AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 5723302 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 11 2025 18:42:00 | CREDIT ACCEPTANCE, ATTENTION: OPERATIONS SUPPORT, PO BOX 513, SOUTHFIELD, MI 48037-0513 |
| 5723303 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 11 2025 18:42:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE ROAD SUITE 3000, SOUTHFIELD, MI 48034-8331 |
| 5726238 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 11 2025 18:53:55 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5723304 | + | Email/Text: dht@pacollections.com | Aug 11 2025 18:43:00 | DEMETRIOS H TSAROUHIS ESQ, TSAROUHIS LAW GROUP, 21 S 9TH ST SUITE 200, ALLENTOWN, PA 18102-4861 |
| 5723306 | ^ | MEBN | Aug 11 2025 18:37:43 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5723307 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 11 2025 18:43:00 | LAKEVIEW LOAN SERVICING LLC, 4425 PONCE DELEON BLVD, MAIL STOP MX5/251, MIAMI, FL 33146-1839 |
| 5723308 | + | Email/Text: camanagement@mtb.com | Aug 11 2025 18:43:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5723309 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2025 18:43:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 2037, WARREN, MI 48090-2037 |
| 5723310 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2025 18:43:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 180946, HARRISBURG, PA 17128-0946 |
| 5723311 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 11 2025 18:43:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5723312 | | Email/Text: BNCnotices@dcmservices.com | Aug 11 2025 18:43:00 | PENNSYLVANIA HM ASSOCIATES PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5723313 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 11 2025 18:54:42 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |

| | | | |
|---|---|---|---|
| 5723314 | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2025 18:43:00 | QUANTUM 3 GROUP LLC AS AGENT, FOR CREDIT CORP SOLUTIONS INC, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5725022 | Email/Text: bnc-quantum@quantum3group.com | Aug 11 2025 18:43:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5723315 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 11 2025 18:42:07 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5723316 | + Email/Text: bnc-bluestem@quantum3group.com | Aug 11 2025 18:43:00 | WEBBANK/FINGERHUT, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347-4120 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Terrence James Delaney rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Terrence James Delaney lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terrence James Delaney,
aka Terrence J. Delaney, aka Terrence Delaney,

**Debtor 1**

Chapter 13

Case No. 5:25−bk−01829−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 11, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: September 18, 2025  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:** Seth F. Eisenberg  Clerk of the Bankruptcy Court:  By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 11, 2025 |

ntcnfhrg (08/21)