UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| TERRENCE JAMES DELANEY, : | |
|     Debtor : | CHAPTER 13 |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
|     Movant : | CASE NO. 5-25-BK-01829-MJC |
| : | |
| TERRENCE JAMES DELANEY, : | |
|     Respondent : | |

TRUSTEE'S OBJECTION TO SECOND CHAPTER 13 PLAN

AND NOW, this 13th day of January 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. The plan is not feasible because it provides for the payment of arrears to creditors Lakeview Loan Servicing and Credit Acceptance and the said creditors have relief from the automatic stay.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of Debtor(s)' Plan.
    b. Dismiss or convert Debtor(s)' case.
    c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

  BY: /s/ Agatha R. McHale
       Attorney for Trustee

CERTIFICATE OF SERVICE

      AND NOW, this 13th day of January 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

      /s/Ashley Schott
      Office of Jack N. Zaharopoulos
      Standing Chapter 13 Trustee