In re:                  Case No. 25-01829-MJC

Terrence James Delaney                 Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 3

Date Rcvd: Apr 16, 2026        Form ID: ordsmiss          Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Terrence James Delaney, 320 Seven Bridge Road, East Stroudsburg, PA 18301-7935 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: ebnnotifications@creditacceptance.com | Apr 16 2026 18:38:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5723301 | + EDI: AIS.COM | Apr 16 2026 22:37:00 | CAPITAL ONE NA, BY AMERICAN INFOSOURCE AS AGENT, 4515 N SANTA FE AVE, OKLAHOMA CITY, OK 73118-7901 |
| 5723302 | + Email/Text: ebnnotifications@creditacceptance.com | Apr 16 2026 18:38:00 | CREDIT ACCEPTANCE, ATTENTION: OPERATIONS SUPPORT, PO BOX 513, SOUTHFIELD, MI 48037-0513 |
| 5723303 | + Email/Text: ebnnotifications@creditacceptance.com | Apr 16 2026 18:38:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE ROAD SUITE 3000, SOUTHFIELD, MI 48034-8331 |
| 5726238 | EDI: CAPITALONE.COM | Apr 16 2026 22:37:00 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5723304 | + Email/Text: dht@pacollections.com | Apr 16 2026 18:38:00 | DEMETRIOS H TSAROUHIS ESQ, TSAROUHIS LAW GROUP, 21 S 9TH ST SUITE 200, ALLENTOWN, PA 18102-4861 |
| 5723305 | + Email/Text: bk@dlflaw.com | Apr 16 2026 18:38:00 | FORSYTHE FINANCE, 225 S EXECUTIVE DR, BROOKFIELD, WI 53005-4257 |
| 5723306 | ^ MEBN | Apr 16 2026 18:34:53 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5723307 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 16 2026 18:38:00 | LAKEVIEW LOAN SERVICING LLC, 4425 PONCE DELEON BLVD, MAIL STOP MX5/251, MIAMI, FL 33146-1839 |
| 5733245 | Email/Text: bncmail@w-legal.com | Apr 16 2026 18:38:00 | Landmark Strategy Group, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 5734440 | ^ MEBN | Apr 16 2026 18:34:50 | Lakeview Loan Servicing, LLC, C/O M&T BANK, PO BOX 840, Buffalo, NY 14240-0840 |
| 5723308 | + Email/Text: camanagement@mtb.com | Apr 16 2026 18:38:00 | M&T BANK, PO BOX 1508, BUFFALO, NY 14240-1508 |
| 5723309 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 16 2026 18:38:00 | MIDLAND CREDIT MANAGEMENT, PO BOX 2037, WARREN, MI 48090-2037 |
| 5723310 | EDI: PENNDEPTREV | Apr 16 2026 22:37:00 | PA DEPT OF REVENUE, BANKRUPTCY |

| | | | |
|---|---|---|---|
| | | | DIVISION, PO BOX 180946, HARRISBURG, PA 17128-0946 |
| 5723311 | EDI: PENNDEPTREV | Apr 16 2026 22:37:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5723312 | Email/Text: BNCnotices@dcmservices.com | Apr 16 2026 18:38:00 | PENNSYLVANIA HM ASSOCIATES PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5723313 | EDI: PRA.COM | Apr 16 2026 22:37:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5733063 | EDI: PRA.COM | Apr 16 2026 22:37:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5723314 | EDI: Q3G.COM | Apr 16 2026 22:37:00 | QUANTUM 3 GROUP LLC AS AGENT, FOR CREDIT CORP SOLUTIONS INC, PO BOX 788, KIRKLAND, WA 98083-0788 |
| 5725022 | EDI: Q3G.COM | Apr 16 2026 22:37:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5732938 | EDI: Q3G.COM | Apr 16 2026 22:37:00 | Quantum3 Group LLC as agent for, CKS Prime Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5723315 | EDI: SYNC | Apr 16 2026 22:37:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5723316 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 16 2026 18:42:22 | WEBBANK/FINGERHUT, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347-4120 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5737716 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

Matthew K. Fissel

       on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Robert J Kidwell, III

       on behalf of Debtor 1 Terrence James Delaney rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com

United States Trustee

       ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

       on behalf of Debtor 1 Terrence James Delaney
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

William E. Craig

       on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com


TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Terrence James Delaney,     Chapter  13
aka Terrence J. Delaney, aka Terrence Delaney,

**Debtor 1**        Case No.  5:25−bk−01829−MJC

### **Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 16, 2026

ordsmiss (05/18)